

**Maria C. Mannarino**
Managing Associate

maria.mannarino@dentons.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 07/16/2021

dentons.com

July 13, 2021

<u>VIA ECF</u>

**MEMO ENDORSED**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Monegro v. Loser Machine, LLC, Case No. 1:21-cv-02111-ALC

Dear Judge Carter:

We represent defendant Loser Machine, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Frankie Monegro, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from July 13, 2021 to August 27, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

<u>/s/ Maria C. Mannarino</u>
Maria C. Mannarino

cc:   All counsel of record (by ECF)

**The parties' request for a 45-day stay is GRANTED. The parties are advised that no further extensions or stays will be granted absent good cause shown.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: July 16, 2021